UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES COOLEY, an individual, and MORGAN COOLEY, an individual,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ELIZABETH MARCUS, an individual,<br><br>　　　Defendant. | Case No. 1:23-cv-00086<br><br>Hon. Hala Y. Jarbou |

| | |
|---|---|
| Mark H. Zietlow (P37022)<br>**INNOVATIVE LAW GROUP**<br>Attorney for Plaintiffs<br>388 Garden Avenue<br>Suite 140<br>Holland, MI 49424<br>(616) 392-4100<br>mark@innovative.lawyer | Thomas V. Hubbard (P60575)<br>Amanda P. Narvaes (P74957)<br>**DREW, COOPER & ANDING, P.C.**<br>Attorneys for Defendant<br>Aldrich Place, Suite 200<br>80 Ottawa Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 454-8300<br>thubbard@dca-lawyers.com<br>anarvaes@dca-lawyers.com |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

*ORAL ARGUMENT REQUESTED*

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Elizabeth Marcus moves this Court to dismiss Plaintiffs' Complaint in its entirety, as set forth more fully in the concurrently filed Brief in Support of this Motion, for the reason that Plaintiffs have failed to state valid claims upon which relief can be granted. Also, for the reasons explained in her supporting Brief, Defendant asks for her costs and reasonable attorney fees incurred pursuant to 17 U.S.C. § 505.  Pursuant to L.R. 7.1(d), Defendant sought Plaintiffs concurrence in this motion, which was not forthcoming.

                Respectfully submitted,

Dated:  February 22, 2023      /s/Thomas V. Hubbard
                Thomas V. Hubbard (P60575)
                Amanda P. Narvaes (P74957)
                **DREW, COOPER & ANDING, P.C.**
                Attorneys for Defendant
                80 Ottawa Avenue NW
                Aldrich Place, Suite 200
                Grand Rapids, MI 49503
                (616) 454-8300
                thubbard@dca-lawyers.com
                anarvaes@dca-lawyers.com

## CERTIFICATE OF SERVICE

      I certify that on February 22, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

| | |
|---|---|
| Dated:  February 22, 2023 | /s/Thomas V. Hubbard |
| | Thomas V. Hubbard (P60575) |
| | Amanda P. Narvaes (P74957) |
| | **DREW, COOPER & ANDING, P.C.** |
| | Attorneys for Defendant |
| | 80 Ottawa Avenue NW |
| | Aldrich Place, Suite 200 |
| | Grand Rapids, MI 49503 |
| | (616) 454-8300 |
| | thubbard@dca-lawyers.com |
| | anarvaes@dca-lawyers.com |

2