UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES COOLEY, an individual, and
MORGAN COOLEY, an individual,

  Plaintiffs,

v.

ELIZABETH MARCUS, an individual,

  Defendant.

Case No. 1:23-cv-00086

Hon. Hala Y. Jarbou

---

| | |
|---|---|
| Mark H. Zietlow (P37022)<br>**INNOVATIVE LAW GROUP**<br>Attorney for Plaintiffs<br>388 Garden Avenue<br>Suite 140<br>Holland, MI 49424<br>(616) 392-4100<br>mark@innovative.lawyer | Thomas V. Hubbard (P60575)<br>Amanda P. Narvaes (P74957)<br>**DREW, COOPER & ANDING, P.C.**<br>Attorneys for Defendant<br>Aldrich Place, Suite 200<br>80 Ottawa Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 454-8300<br>thubbard@dca-lawyers.com<br>anarvaes@dca-lawyers.com |

---

## INDEX OF EXHIBITS

### BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Exhibit 1  Complaint, *Roskamp, et al v Cooley, et al*, Kent County Circuit Court Case No. 22-07446-CZ

Exhibit 2  First Amended Counter-Complaint, *Roskamp, et al v Cooley, et al*, Kent County Circuit Court Case No. 22-07446-CZ

Exhibit 3  GoFundMe printout of "Where is Elle?" campaign

Exhibit 4  Wayback Machine printout of GoFundMe "Where is Elle?" campaign

Exhibit 5  "Trailer Video" (submitted on disk to Court)