# EXHIBIT 3

Search
How it works
Start a GoFundMe
gofundme
Sign in

# "Where is Elle?"

$32,820 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

Elizabeth Marcus is organizing this fundraiser.

In August of 2020, Elle Roskamp vanished. As a sister and daughter, her disappearance has left us devastated. We desperately need to find her. Not only for her sake, but to educate and warn other families and young women so this doesn't happen again.

Elle's story started two years earlier when she got introduced to a local chapter of a religious group frequented by students on the campus of Grace Christian University. Since that introduction, we've witnessed a

dramatic and tragic change in her. She went from a faith-filled, loving and bubbly personality to being filled with paranoia, fear and worry. She has disassociated herself from all family and friends- even her very closest friends. She told us she was moved to Florida by one of the leaders of this group, and has subsequently vanished.

Our search for her and law enforcement investigation continues. Her journey is surreal and heartbreaking. It involves the details and documentation behind a very unusual live-in internship, what we believe to be questionable oversight by the University she attended, a tuition refund being offered under the condition we not talk about it, coercion, mental abuse, signs of other abuses and cult-like activities. In sharing these details and telling her story, we hope to find her. But we also want this story to educate and caution other parents, students and young women to keep them from falling prey to the same potential danger.

We've contacted a documentary film production company to produce a feature length documentary. Producing a documentary is expensive. But the exposure, the education and the impact can be enormous and far reaching. Not just now, but for years to come. The content will live on a variety of social media platforms as well as streaming services. What you've watched is just a glimpse. The documentary will highlight Elle's story complete with interviews, testimonies, emails, text messages, voicemails, correspondence, etc. from:

· Family

· Friends

· Law Enforcement / Private investigators

· Cult Experts

· Trafficking Experts

· Psychologist

· And more

With the help of our family, friends and social media, we believe we can quickly raise needed funds to produce the film, interview all participants, pay for all facets of production, licensing, permits, insurances, associated travel expenses and attorney fees.

It is our hope the documentary will raise questions and prompt investigations as we state facts, share our experience and chronicle Elle's journey; much of it from the pages of her own diary. We pray we find her. Time is running out.

## Organizer

**Elizabeth Marcus**
Organizer
Grand Rapids, MI

Contact

Created June 15, 2021 • Creative

## Your easy, powerful, and trusted home for help

2/16/23, 8:54 AM Case 1:23-cv-00086-HYJ-RSK ECF No. 9-4, PageID.148 Filed 02/22/23 Page 5 of 5
Fundraiser by Elizabeth Marcus : "Where is Elle?"

**Easy**
Donate quickly and easily.

**Powerful**
Send help right to the people and causes you care about.

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.

gofundme

**Fundraise for**

Medical

Emergency

Memorial

Education

Nonprofit

Support COVID-19 fundraisers

Crisis Relief

**Learn more**

How GoFundMe Works

Why GoFundMe

Common questions

Success stories

Supported countries

Charity fundraising

Pricing

**Resources**

Help center

Blog

GoFundMe Stories

Press center

Careers

About

More resources

United States · English

© 2010-2023 GoFundMe Terms Privacy Legal

Accessibility Statement

https://www.gofundme.com/f/where-is-elle 4/4