# EXHIBIT 4

2/16/23, 1:50 PM   Fundraiser by Elizabeth Marcus : "Where is Elle?"

Case 1:23-cv-00086-HYJ-RSK   ECF No. 9-5, PageID.150 Filed 02/22/23   Page 2 of 5

The Wayback Machine - https://web.archive.org/web/20210621185434/https://www.gofundme.com/f/wh…

**We use cookies** to enable features and market content. Click "That's OK" to add cookies. View **privacy policy** or **manage cookies.**

That's OK

Search | How it works | Start a GoFundMe |  | Sign in | Share | Donate

# "Where is Elle?"

## 504 Gateway Time-out

nginx/1.19.5



$10,395 raised of $170,000 goal

Share

Donate now

Anonymous
**$40**
• Recent donation

Anonymous
**$3,000**
• Top donation

Chad Houseman
**$25**
• First donation

See all | See top | See top donations



Elizabeth Marcus is organizing this fundraiser.

Created 6 days ago

🏷️ Creative Arts, Music & Film

In August of 2020, Elle Roskamp disappeared. We need to find her. We need to chronicle and share the entire story to make sure this doesn't happen to other families and young women.

Her story started two years earlier when she got introduced to a local chapter of a religious group frequented by students on the campus of Grace Christian University.  Since that introduction, we've witnessed a dramatic and tragic change in her.  She went from a faith-filled, loving and bubbly personality to being filled with paranoia, fear and worry.  She has disassociated herself from all family and friends, even her very closest friends.  She told us she was moved to Florida by one of the leaders of this group, and has subsequently vanished.

Elle's journey is heartbreaking.  It involves the details and documentation behind an unusual live-in internship, what we believe to be questionable oversight by the University she attended, a tuition refund offered under the condition that we not talk about it, coercion, mental abuse, signs of other abuses and cult like activities.  But this story is more than just about Elle. We want to caution other parents and protect students and young women from falling prey to the same potential danger and harm.

So we've contacted a documentary film production company to produce a feature length documentary.  Producing a documentary is expensive.  But the exposure, the education and the impact will be enormous.  The content will live on a variety of social media platforms as well as streaming services.  What you've watched is just a glimpse.  The documentary will highlight Elle's story complete with interviews, testimonies, emails, text messages, correspondence, etc. from:

·    Family

·    Friends

·    Law Enforcement / Private investigators

·       Cult Experts

·       Trafficking Experts

·       Psychologist

·       And more

With the help of our family, friends and social media, we believe we can quickly raise needed funds to produce the film, interview all participants, pay for production crew, gear, equipment, editing for multiple distribution channels/social media, licensing, permits, insurances, associated travel expenses and attorney fees.

It is our hope the documentary will raise questions and prompt investigations as we state facts, share our experience and chronicle Elle's journey; much of it from the pages of her own diary.  We pray we find her.  Time is running out.

Donate            Share

## Organizer



Elizabeth Marcus
Organizer
Grand Rapids, MI

Contact

Report fundraiser

2/16/23, 1:50 PM                       Fundraiser by Elizabeth Marcus : Where is Elle?

Case 1:23-cv-00086-HYJ-RSK    ECF No. 9-5, PageID.153   Filed 02/22/23   Page 5 of 5



### #1 fundraising platform

More people start fundraisers on GoFundMe than on any other platform.

Learn more



### GoFundMe Guarantee

In the rare case something isn't right, we will work with you to determine if misuse occurred.

Learn more



### Expert advice, 24/7

Contact us with your questions and we'll answer, day or night.

Learn more

---

![gofundme]

**Choose your language**

English (U ⌄)

**Fundraise for**

- Medical
- Emergency
- Memorial
- Education
- Nonprofit

**Learn more**

- How GoFundMe works
- Common questions
- Success stories
- Supported countries
- Team fundraising
- Donate button
- Support COVID-19 fundraisers

**Resources**

- Help center
- Blog
- GoFundMe Stories
- Press center
- Careers
- About

---

© 2010-2021 GoFundMe        Terms        Privacy        Legal