# EXHIBIT 5

# ("Trailer Video" submitted on disk)