UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES COOLEY, an individual, and MORGAN COOLEY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH MARCUS, an individual, <br><br> Defendant. | Case No. 1:23-cv-00086 <br><br> Hon. Hala Y. Jarbou |
| Mark H. Zietlow (P37022) <br> **INNOVATIVE LAW GROUP** <br> Attorney for Plaintiffs <br> 388 Garden Avenue <br> Suite 140 <br> Holland, MI 49424 <br> (616) 392-4100 <br> mark@innovative.lawyer | Thomas V. Hubbard (P60575) <br> Amanda P. Narvaes (P74957) <br> **DREW, COOPER & ANDING, P.C.** <br> Attorneys for Defendant <br> Aldrich Place, Suite 200 <br> 80 Ottawa Avenue, N.W. <br> Grand Rapids, MI 49503 <br> (616) 454-8300 <br> thubbard@dca-lawyers.com <br> anarvaes@dca-lawyers.com |

**INDEX OF EXHIBITS**

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 1     Disk of original "Copyrighted Works"

Exhibit 2     Declaration of Elizabeth Marcus

Exhibit 3     Plaintiffs' Answer to Defendant's First Interrogatories

Exhibit 4     Plaintiffs' Answers to Defendant's Third Discovery Requests

Exhibit 5     "Heart Storming With The Lord Q8" spreadsheet

Exhibit 6     Burn 24/7 "Financial Projections Template – Income Statement, Tab 8" spreadsheet

Exhibit 7     Music with Morgan "Financial Projections Template – Income Statement, Tab 8"

Exhibit 8     Stortytelling Pictures invoices